## 2871. WIDINCAMP v. JAMES.

HILL, C. J. The questions in this case arose on a contest between a negro laborer, on foreclosure of his lien for wages, and a white man, who claimed to have bought the property from the employer prior to the levy. For the second time a white jury found in favor of the negro laborer. The strong inference that the verdict is right is fully supported by an examination of the evidence, and no material error of law appears.

*Judgment affirmed.*

DECIDED APRIL 24, 1911.

Appeal; from Tattnall superior court—Judge Rawlings. March 30, 1910.

*W. T. Burkhalter, Napier, Wright & Cox,* for plaintiff in error.
*C. L. Morgan,* contra.